AO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| ALEJANDRO CASTRO-VENEGAS | CASE NUMBER: 08CR032 IEG |

I, ALEJANDRO CASTRO-VENEGAS, the above-named defendant, who is accused of committing the following offenses:

Transportation of Illegal Aliens and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) and (v)(II) (Felony).

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on __JAN. 3, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Alejandro Castro Venegas
Defendant

Defense Counsel

Before _____
Judicial Officer


FILED
JAN 3 2008